UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MONA AHMED,

     Plaintiff,

     v.

THE MEADOWS AT STROUD FOR
NUSING AND REHABILITATION,
LLC,

     Defendant.

CIVIL ACTION NO. 3:24-cv-704

(SAPORITO, J.)

## ORDER

AND NOW, this 4th day of June, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1.    The defendant's motion for summary judgment (Doc. 31) is **GRANTED in part** and **DENIED in part.**

2.    The motion is **GRANTED** with respect to the plaintiff's retaliation claims under the ADA (Count V) and the PHRA (Count VI); and

3.    The motion is **DENIED** with respect to the plaintiff's perceived disability claims under the ADA (Count I) and the PHRA (Count II), disability claims under the ADA (Count III) and the PHRA (Count IV), and failure to accommodate claim under the ADA (Count VII).

4.    The Clerk shall enter judgment in favor of the defendant with respect to the plaintiff's retaliation claims under the ADA (Count V) and the PHRA (Count VI).

Dated: June 4, 2026                   *s/Joseph F. Saporito, Jr.*
                                      JOSEPH F. SAPORITO, JR.
                                      United States District Judge